UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASHAWN SHERMILYON PARKER,<br>Plaintiff,<br>v.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | No. 2:25-cv-00394-TLN-SCR<br><br>**ORDER** |

On June 11, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 15.) Plaintiff filed objections to the findings and recommendations. (ECF No. 16.) Defendant filed a response to the objections. (ECF No. 17.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the Court conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 11, 2026 (ECF No. 15) are

ADOPTED in full;

2. Plaintiff's motion for summary judgment (ECF No. 9) is DENIED;

3. The Commissioner's cross-motion for summary judgment (ECF No. 11) is GRANTED; and

4. The Clerk of the Court is directed to enter judgment in favor of the Commissioner and close this case.

IT IS SO ORDERED.

DATE: August 5, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE